# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CODAY HILL,<br><br>      Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>      Respondent.<br>_____/ | CV F   05-0933 REC DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT TRANSCRIPTS OF STATE COURT RECORD<br><br>[Doc. 14] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On November 9, 2005, Respondent filed a motion to dismiss the instant petition. On December 5, 2005, Respondent filed a notice of lodging the state court records. However, to date the Court has not received the state court records. Accordingly, within **fifteen (15)** days from the date of service of this order, Respondent shall submit a copy of the state court records.

    IT IS SO ORDERED.

  **Dated:**   **December 22, 2005**                  **/s/ Dennis L. Beck**
3b142a                                             UNITED STATES MAGISTRATE JUDGE