1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   FRANK CODAY HILL,              )      1:05-cv-00933-REC-DLB-HC
                                    )
11            Petitioner,           )      **ORDER ADOPTING FINDINGS AND**
                                    )      **RECOMMENDATIONS** (Doc. 17),
12   v.                             )      **GRANTING RESPONDENT'S MOTION**
                                    )      **TO DISMISS** (Doc. 10),
13   JAMES A. YATES, Warden,        )      **DISMISSING PETITION**
                                    )      **FOR WRIT OF HABEAS CORPUS,**
14            Respondent.           )      **AND DIRECTING CLERK TO ENTER**
     ───────────────────────────────)      **JUDGMENT FOR RESPONDENT**

15

16
          Petitioner is a state prisoner proceeding pro se with a
17
     Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.
18
          On January 30, 2006, the Magistrate Judge filed Findings and
19
     Recommendations that Respondent's Motion to Dismiss be GRANTED, the
20
     Petition for Writ of Habeas Corpus be DISMISSED, and this action be
21
     TERMINATED.  These Findings and Recommendations were served on all
22
     parties and contained notice that any objections were to be filed
23
     within thirty (30) days from the date of service of that order.  To
24
     date, the parties have not filed timely objections to the Findings
25
     and Recommendations.
26
          In accordance with the provisions of 28 U.S.C. § 636
27
     (b)(1)(C), this Court has conducted a *de novo* review of the case.
28

                                      1

Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed January 30, 2006, are ADOPTED IN FULL

2.   Respondent's motion to dismiss, filed November 9, 2005, is GRANTED;

3.   The instant Petition for Writ of Habeas Corpus is DISMISSED; and

4.   The Clerk of Court enter judgment for respondent.

IT IS SO ORDERED.

**Dated:  March 21, 2006**              /s/ Robert E. Coyle
668554                          UNITED STATES DISTRICT JUDGE